IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KOLAR, Individually and as Representative of the Rite Aid Corporation Investment Opportunity Plan and its Participants and Beneficiaries,<br><br>                      Plaintiff,<br><br>                v.<br><br>RITE AID CORPORATION, FRANKLYN M. BERGONZI, THOMAS F. FOLEY, RICHARD VERMECKY, ROBERT R. SOUDER, DEAN DELL ANTONIA, EDWIN L. LILJA, PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL SECURITIES, INC., PRUDENTIAL RETIREMENT SERVICES, INC., PRUDENTIAL INVESTMENT MANAGEMENT SERVICES, LLC, THE ROHRBACH GROUP and JOHN DOES number ONE through TEN,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 01-CV-1229<br><br><br>F.R.C.P. Rule 41(a)(2)<br>So Ordered Dismissal |

IT IS HEREBY STIPULATED AND AGREED, by and among undersigned counsel that:

1)    Plaintiff Robert Kolar, *et al.*, ("Plaintiffs"), through his undersigned counsel, hereby agrees to voluntarily dismiss this action with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as against Prudential Investment Management Services, LLC ("PIMS").

NY2:#4477334

2)      Plaintiffs' undersigned counsel hereby agree to be responsible for docketing this stipulation and shall upon such docketing promptly provide undersigned counsel for Prudential Investment Management Services, LLC., with a file stamped copy.


Dated: San Francisco, CA          LINER YANKELEVITZ SUNSHINE & REGENSTREIF
       October 16, 2002          LLP

                                 By: _____
                                     Ronald S. Kravitz
                                     601 Montgomery, Suite 900
                                     San Francisco, CA  94111
                                     (415) 438-4321

                                     Randall J. Sunshine
                                     3130 Wilshire Boulevard
                                     Santa Monica, CA  90403
                                     (310) 453-5900

                                     *Attorneys for Plaintiffs*


Dated: New York, New York         MILBANK, TWEED, HADLEY & McCLOY LLP
       October 11, 2002

                                 By: _____
                                     Andrew E. Tomback
                                     One Chase Manhattan Plaza
                                     New York, New York 10005
                                     (212) 530-5000

                                     *Attorneys for Defendant Prudential Investment
                                     Management Services, LLC.*


SO ORDERED, on October 21, 2002:

_____
Hon. Stewart Dalzell
United States District Court Judge

NY2:#4477334

-2-